908 A.2d 180

IN THE MATTER OF HERBERT J.
TAN, AN ATTORNEY AT LAW.

October 18, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–021, concluding that **HERBERT J. TAN** of **NEWARK,** who was admitted to the bar of this State in 1998, should be reprimanded for violating *RPC* 8.1(a) (knowingly making a false statement of fact in connection with a bar admission application) and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **HERBERT J. TAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.